# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA PITTMAN, ROSALYNE R. SMITH, MARKOS MENDOZA, RINEO VLIJTER, and EDITH MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC, CFI SALES & MARKETING, INC., DAVID A. SIEGEL, RICHARD SIEGEL,<br><br>Defendant. | 2:09-CV-00878-PMP-GWF<br><br><br><br>**ORDER** |

The Court having read and considered Plaintiffs' fully-briefed Motion for Partial Class Certification (Doc. #151), and having further considered the arguments of counsel presented at the hearing conducted October 29, 2010, the Court finds that Plaintiffs' Motion for Partial Class Certification (Doc. #151) must be denied.

Specifically, the Court finds that the particular Rule 23 class certification sought by Plaintiffs in this case is incompatible with the already approved FLSA collective action. Moreover, the individualized liability and damages claims of each putative class member predominate and render Rule 23 class action treatment

inappropriate.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Partial Class Certification (Doc. #151) is DENIED.

DATED: November 2, 2010.

_____
PHILIP M. PRO
United States District Judge