# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA PITTMAN, et al., | ) |
| Plaintiffs, | ) 2:09-CV-00878-PMP-GWF |
| vs. | ) **ORDER** |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, et al, | ) |
| Defendants. | ) |

Immediately following the filing of the Status Report of the Parties (Doc. #194), the United States Court of Appeals denied Plaintiff's petition for permission to appeal this Court's order denying class certification.

**IT IS THEREFORE ORDERED** that the Order of this Court (Doc. #193) entered November 18, 2011, granting a stay of theses proceedings is hereby lifted.

**IT IS FURTHER ORDERED** that the Parties shall compete any remaining discovery within 90 days of the date of this order, and shall, not later than July 29, 2011, file a joint pre-trial order.

DATED: March 21, 2011.

PHILIP M. PRO
United States District Judge