# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA PITTMAN, ROSALYNE R. SMITH, MARKOS MENDOZA, RINEO VLIJTER, and EDITH MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, LLC, CFI SALES & MARKETING, INC., DAVID A. SIEGEL, RICHARD SIEGEL,<br><br>Defendant. | 2:09-CV-00878-PMP-GWF<br><br>**ORDER** |

Before the Court for consideration are Plaintiffs' fully briefed Motions to Sever and Remand Plaintiffs' Claims Under Nevada Law to the Eighth Judicial Court of Nevada (Doc.'s #199, #200), filed March 28, 2011.

Although Defendants are correct in their Response (Doc. #208) filed May 3, 2011 that this Court did not expressly decline supplemental jurisdiction over Plaintiffs' state claims when the Court entered its Order (Doc. #184) on November 2, 2010 denying Plaintiffs' Motion for Partial Class Certification, the Court finds it is now appropriate to do so based upon the arguments set forth in Plaintiffs' instant motion to sever and remand.

1  **IT IS THEREFORE ORDERED that** Plaintiffs' Motions to Sever and Remand Plaintiffs' Claims Under Nevada Law to the Eighth Judicial Court of Nevada (Doc.'s #199, #200) are **GRANTED** and that Plaintiffs' Second Claim for Relief Under Nevada's Labor Law, Third Claim for Relief under NRS 608.040, and Fourth Claim for Relief for Breach of Contract set forth in Plaintiffs' First Amended Complaint (Doc. #75) are hereby severed from Plaintiffs' First Claim for Relief Under the Fair Labor Standards Act, and said severed claims are hereby remanded to the Eighth Judicial District Court, in and for the County of Clark, State of Nevada.

**IT IS FURTHER ORDERED that** this action shall henceforth proceed in this Court on Plaintiffs' First Claim for Relief Under the Fair Labor Standards Act (Doc. #75).

DATED:  June 14, 2011.

_____
PHILIP M. PRO
United States District Judge