1  Mark R. Thierman, SBN 8285
   THIERMAN LAW FIRM
2  7287 Lakeside Drive
   Reno, NV 89511
3  Telephone (775) 284-1500

4  Leon Greenberg, SBN 8094
   Leon Greenberg Professional Corporation
5  2965 South Jones Boulevard - Suite E4
   Las Vegas, Nevada 89146
6  Telephone (702) 383-6085

7  Attorneys for Plaintiffs

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10
   -------------------------------X
11 DEBRA PITTMAN, ROSALYNE R.       )   Case No.: 09-CV-878-PMP-GWF
   SMITH, MARKOS MENDOZA, RINEO     )
12 VLIJTER, EDITH MARSHALL, and     )   **PLAINTIFFS' MOTION TO BE**
   MOHAMED SABRO, individually and  )   **RELIEVED AS COUNSEL FOR**
13 on behalf of all others          )   **PLAINTIFF MOHAMED SABRO AND TO**
   similarly situated,              )   **DISMISS HIS CASE WITHOUT**
14                                  )   **PREJUDICE**
                    Plaintiffs,     )
15                                  )
   v.                               )
16                                  )
   WESTGATE PLANET HOLLYWOOD LAS    )
17 VEGAS, LLC., WESTGATE RESORTS    )
   INC., WESTGATE RESORTS LTD., CFI )
18 SALES & MARKETING, LTD., CFI     )
   SALES & MARKETING, LLC., CFI     )
19 SALES & MARKETING, INC., DAVID   )
   A. SIEGEL, RICHARD SIEGEL and    )
20 "John Doe" entities 1 to 25,     )
   name and number unknown,,        )
21                                  )
                    Defendants.     )
22 -------------------------------

23
        The plaintiffs, through their attorney, Leon Greenberg, Esq.,
24
   hereby move this Court for an Order relieving plaintiffs' counsel in
25
   this case as counsel for Mohamed Sabro and dismissing his claims
26
   without prejudice.  This motion is based upon the declaration of
27
   Leon Greenberg, attorney for plaintiff Mohammed Sabro.
28

                                  1

**DECLARATION OF LEON GREENBERG**

Leon Greenberg, attorney for plaintiff Mohamed Sabro, hereby affirms, under penalty of perjury, that:

1.    As discussed in the motion made to this case seeking partial collective action certification, bifurcation, and to limit discovery (Docket #232), plaintiffs' counsel intends to proceed with this case on a limited basis and in a form for which it is suitable for a collective action disposition.  Named plaintiff, Mohamed Sabro, does not posses an individual claim that is within the scope of the proposed FLSA collective action certification.  Accordingly, it is being requested plaintiffs' counsel be relieved as his counsel and his claims in this case be dismissed without prejudice.

2.    I previously discussed the request I am making to the Court in this motion with Mohamed Sabro on November 1, 2012. Mohamed Sabro authorized me to submit this motion and seek the relief I am requesting.

3.    I am requesting that Mohamed Sabro's claims be dismissed without prejudice as he advised me he will not be seeking to prosecute those claims in this proceeding or seek another attorney to represent him in this proceeding.  Mohamed Sabro also advised me that he does **not** intend to pursue such claims by filing another litigation against defendant, which he might find better venued for such purpose in Florida which is where he resides and worked for defendants.  Nonetheless, I believe a dismissal of his claims without prejudice would be appropriate.  Defendants have not been put to any particular effort in defending Mr. Sabro's claims (as a distinct claim separate and apart from the putative class claims in this case).  Accordingly, even though Mr. Sabro manifests no

2

intention to pursue these claims, and a "without prejudice"

dismissal may still render such claims beyond action by application

of the statute of limitations, I believe such a "without prejudice"

dismissal is warranted.

    I have read the foregoing and affirm the same is true and

correct.

Affirmed this 9th Day of November, 2012

/s/ *Leon Greenberg*

_____

Leon Greenberg, Esq.
Nevada Bar No.: 8094
2965 South Jones Boulevard - Suite E4
Las Vegas, Nevada 89146
(702) 383-6085
Attorney for Plaintiff

   IT IS SO ORDERED.

   Dated:  December 26, 2012.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE