# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA PITTMAN, *et al.* | 2:09-CV-00878-PMP-GWF |
| Plaintiffs, | |
| vs. | **ORDER** |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, *et al.*, | |
| Defendants. | |

Having read and considered Plaintiff's fully briefed Motion for Partial Certification of Collective Action, Limiting Discovery and Bifurcating Case (Docs. #232, #233, and #234) and the arguments of counsel presented at the hearing conducted March 5, 2013, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Partial Certification of Collective Action, Limiting Discovery and Bifurcating Case (Docs. #232, #233, and #234) is **DENIED**.

DATED: March 11, 2013.

PHILIP M. PRO
United States District Judge