UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEBRA PITTMAN, et al.,                    )
                                          )
            Plaintiffs,                   )          2:09-CV-00878-PMP-GWF
                                          )
v.                                        )
                                          )
WESTGATE PLANET HOLLYWOOD                 )
LAS VEGAS, LLC,  et al.,                  )          ORDER
                                          )
            Defendants.                   )
                                          )

        IT IS ORDERED that on or before May 9, 2014, the parties shall advise the

Court of settlement or, alternatively, shall file a proposed joint pretrial order.

DATED: April 28, 2014

                                    _____
                                    PHILIP M. PRO
                                    United States District Judge