UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEBRA PITTMAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-CV-00878-PMP-GWF |
| v. | ) ) | |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC,  et al., | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

　　　　IT IS ORDERED that the parties shall submit a settlement agreement for the Court's approval on or before June 28, 2014.

DATED: May 12, 2014

_____
PHILIP M. PRO
United States District Judge