UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DEBRA PITTMAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-CV-00878-PMP-GWF |
| v. | ) ) | |
| WESTGATE PLANET HOLLYWOOD LAS VEGAS, LLC, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the Court will hold a hearing on the Parties' Joint Stipulation Setting Forth Proposed Settlement for Approval by the Court (Doc. #271) on Tuesday, July 8, 2014 at 1:30 p.m. in Courtroom 4B, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: June 30, 2014

_____
PHILIP M. PRO
United States District Judge