AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Debra Pittman, et al.,

Plaintiffs,

V.

Westgate Planet Hollywood Las Vegas, LLC et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00878-PMP-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is in favor of Plaintiff's and against Defendants. The Court shall retain jurisdiction for the purpose of enforcing any terms of Order [279] and the parties' Stipulation ]271]. Defendants shall pay to Plaintiffs' counsel the attorney's fee specified by paragraph 8 of the [271] Stipulation within 35 days of the entry of [279] Order.

| | |
|---|---|
| 9/4/2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ D. Johnson |
| | (By) Deputy Clerk |